Exhibit A

Maicao, March 14, 2017

Judge

Colleen McMahon

The present letter has the objective of greeting and wishing you health and wellness.

I also want to tell you that I am the wife of Jimmy Montano Preciado, my name is Yesenia Carranza, I am 35 years old and have 2 kids whose names are Veruzca and Joel.

Jimmy and I married in June 2004, since then we've formed a family based on affection and respect.

We lived sometime in Tumaco -Narino, but the internal conflict within the city -we transported to Cali-valle.

When the children turned 7 and 6 years old they were diagnosed with retinitis pigmentosa, a generative retinal disease, we took them to specialists that they required in the moment, but they didn't give any possible treatment. This situation was very difficult for us and as of today, the kids have poor vision and homework from school is difficult for them.

Jimmy is my and our kids' primary support, he has the strength I lack, he's always been a hard working and honest man, he has worked as an electrician, at construction sites, as a taxi/bike driver and in political groups formed for support within the communities in need in Cali.

Currently I live in Maicao -guajira, a city on the border of Venezuela where most of the economic activity is based on trade.

The economic situation is a bit difficult, most of all because due to the situation in the neighboring country, the number of displaced people towards the city has generated more unemployment and violence.

I hope that you take into consideration these few words, well in one letter alone I can't express how much I miss my husband, he is my economic and spiritual support.

I thank you very much in advance.

Yesenia Carranza Baron

Maicao, 14 de marzo de 2017

Juez

Colleen Mcmahon

La presente carta tiene el objetivo de saludarle y desearle salud y bienestar.

También quiero contarle que soy la esposa de Jimmy montano preciado, mi nombre es Yesenia Carranza , tengo 35 años y dos niños que se llaman Veruzca y Joel .

Jimmy y yo nos casamos en junio de2004, desde entonces hemos formado una familia basada en el cariño y respeto.

Vivimos un tiempo en Tumaco – Nariño, pero debido al conflicto interno del país nos trasladamos para Cali -valle.

Cuando los niños cumplieron 7 y 6 años fueron diagnosticados con retinitis pigmentosa, una enfermedad degenerativa de la vista, los llevamos a los especialistas que requirieron en su momento, pero no dieron ningún tratamiento posible. Esta situación fue muy difícil para ambos y aun hoy en día, ya que los niños tienen baja visión y se les dificultan ciertas tareas y en la escuela.

Jimmy es un apoyo fundamental para mí y para los niños pues él tiene la fortaleza que a mí me hace falta, él siempre fue un hombre trabajador y honrado, ha trabajado como electricista, en el área de construcción, como moto taxista y también en la política formando grupos de apoyo entre las comunidades vulnerables de Cali.

Actualmente vivo en Maicao – guajira, una ciudad que queda en la frontera con Venezuela cuya actividad económica está basada principalmente en el comercio.

La situación económica es un poco difícil, sobre todo porque debido a la situación por la que pasa el vecino país, se ha incrementado el número de desplazado hacia la ciudad, generando mas desempleo y violencia.

Espero que tenga en cuenta estas pocas palabras, pues en una sola carta no puedo expresar toda la falta que me hace mi esposo, él es mi apoyo económico y espiritual.

De antemano le agradezco mucho.

YESENIA CARRANZA BARON

Tumaco, March 14, 2017

Judge
Colleen McMahon

Dear Judge:

I am presently intending to give a testimony in writing of Jimmy Montano Preciado.

Jimmy since very young showed the skills to work with communities and was always associated in some way with young people who also formed groups where they were allowed to express themselves freely and away from drugs and violence.

Over the years he was a religious leader of different congregations on the Atlantic coast and in the city of Cali.

When he got married he lived in Cali, although he continually traveled to Tumaco-Narino.

Always characterized for being a man with integrity, honest and hardworking, who likes to always help the people who need it.

By complicated situations in his life he made a mistake that has cost him a lot, because being away from his family has been difficult for him and for all of us who know him.

All of us, especially his family need him by our side as soon as possible.

Without much ado I am grateful for the attention given.

Diana Elizabeth Montano

Tumaco, 14 de mar. de 17

Juez

COLLEEN MCMAHON

Estimada juez:

La presen tiene por objeto darle un testimonio por escrito de Jimmy montano preciado.

Jimmy desde muy joven mostro aptitudes para trabajar con las comunidades y estuvo siempre vinculado de alguna manera con jóvenes que también formaban grupos donde les permitían expresarse de manera libre y alejados de las drogas y la violencia.

Con el pasar de los años fue líder religioso de diferentes congregaciones en la costa atlántica y en la ciudad de Cali.

Cuando se casó se radicó en Cali, aunque viajaba continuamente a Tumaco- Nariño.

Siempre se caracterizó por ser un hombre íntegro, honesto y trabajador, que le gusta siempre ayudar a las personas que lo necesitan.

Por esas situaciones complicadas de la vida cometió un error que le ha costado mucho, pues estar alejado de su familia ha sido difícil para él y para todos aquellos que lo conocemos.

Todos, en especial su familia lo necesitamos a nuestro lado pronto.

Sn más le agradezco mucho la atención prestada.


Diana Elizabeth Montaño.

To: the Judge

From: Magdalena Preciado Estupinan

I Magdalena Preciado mother of Jimmy Jaffe Montano Preciado I am writing to you to tell you about my son,

Jimmy was my support for everything because he lived with me from when I moved to Tumaco, I am 67 years old and can't work anywhere because no one will employ me due to my age, he didn't have a steady job since here the situation is complicated in Tumaco and the rest of the country, he worked as a taxi cab driver and this is how he supported his family, myself.

My son worked hard for the money he made but the situation led him to desperate measures

My son is a person who earned his bread from his sweat but the situation led him to desperate measures and look at another picture but if you look at my son he does not have any prior criminal records all the attention that my words lend and have love to judge.


Attentively:
Magdalena Preciado Estupinan

PARA: JUEZ

DE : MAGDALENA PRECIADO ESTUPIÑAN

YO MAGDALENA PRECIADO MADRE DE JIMMY JAFFE MONTAÑO PRECIADO,ME DIRIJO A USTED JUEZ CONTÁNDOLE QUE MI HIJO,

JIMMY ERA MI APOYO PARA TODO POR QUE VIVÍA CONMIGO DESDE QUE ME MUDE A TUMACO,TENGO 67 AÑOS Y YA NO PUEDO TRABAJAR NO ME RECIBEN EN NINGÚN EMPLEO POR MI EDAD,EL NO TENIA UN EMPLEO ESTABLE PORQUE AQUÍ EN TUMACO LA SITUACIÓN ES COMPLICADA AL IGUAL QUE EN TODO EL PAÍS ,TRABAJABA COMO MOTO TAXISTA Y ASÍ DEFENDÍA EL PAN DE SU FAMILIA YO.

MI HIJO ES UNA PERSONA QUE SE GANABA EL PAN CON SU SUDOR PERO LA SITUACIÓN LO LLEVO A DESESPERARSE Y MIRAR OTRO PANORAMA PERO SI USTED MIRA MI HIJO NO TIENE ANTECEDENTES PENALES TODO LA ATENCIÓN QUE LE PRESTEN A MIS PALABRAS Y TENGA ENCENTA PARA JUZGARLO.

ATTE:

MAGDALENA PRECIADO ESTUPIÑAN