Exhibit B

From Joel to my father

Hi, how are you I want to tell you that I love you and I miss you very much I want you to come back quickly so you can buy me a toy.

With much love Joel

From Veruzca for my father

Dad I want to tell you that I love you very much and that I wish you were here with me so that I can give you a hug, I would like to ask you how you are and how have you been, I hope that you are fine when you can come back you can take us to the park and to get ice creams take care and come home soon

I love you very much dad

De: Joel para mi papa

Hi como estas quiero desirte que te quiero mucho y me haces mucha falta quiero que vengas rapito ¡si! hay quiero que me compres un muñeco de goco

con mucho amor Joel

Joel    papa

45

De veruzca para mi papa

Papa quiero desirte que te quiero mucho y quisiera que estubieras aqui conmigo para darte un abrazo quisiera preguntar como estas y como esta pasando espero que estes bien cuando puedas venir para que nos yeves al parque y comer helado que se cuide mucho y que regrese pronto grasias.

♡ Papa

Te quiero mucho papa