# Exhibit C

[Logo of the Institute
Institute Motto:
We seek light in the shadows;
Words in the silence]



Phone:

## CLINICAL HISTORY OF EVALUATION OF VISUAL TRAINING

Opening Date:, 2014/11/08

| | | | |
|---|---|---|---|
| Name: | | ID: | |
| DOB: | | Age: | 7 years old |
| Address: | | Neighborhood: | |
| Telephone: | | Responsible Company: | CAPRECOM SUBS TIER |
| Occupation: | OTHER | User Type: | SUBSIDIZED |

### REASON FOR THE CONSULTATION

| | |
|---|---|
| Reason for the Consultation | Evaluation of low vision |
| Current Disease: | Retinitis Pigmentosa AO |
| DIFFICULTIES: Mobility Day: | The mother reports he does not ride a bike, run or play with friends |
| Mobilization at Night: | It is even a bit harder for him, needing to get closer to things |
| Home: | No |
| Reads/Writes: | He cannot see the blackboard; he works well in the copy book, in graph paper, he needs to have the lines underlined |
| Occupational Performance | Student |
| Photophobia: | No |

### OPTICAL AND NON-OPTICAL AIDES

| | |
|---|---|
| Optical Aid; Long-sighted Vision: | Ts 4x 12  Visual follow-up is exercised; though hard at first, he manages to read |
| Optical Aid; Short-sighted Vision: | Loupe 3X, 5X |
| Number of Sessions Requested: | 6 |

### DIAGNOSES

| | |
|---|---|
| External Causes: | General Disease |
| Type of Diagnostic | Repeated and confirmed |
| Diagnosis: | H358 OTHER SPECIFIC RETINAL DISORDERS |
| Class: | Main |
| Diagnosis at Intake/Discharge | Intake |
| Observations: | Retinitis pigmentosa in both eyes; information taken from the history. |

| Signature of the Physician | Medical Registration | Seal of the Institute's Clinic | |
|---|---|---|---|
| [Signed] | | | |
| YULIETH MEDINA GUTIERREZ | Specialty | Mariney Rodriguez R. | [Initials of the |
| | LOW VISION THERAPY | Ophthalmologist | Ophthalmologist] |
| | | | Citizen ID: |
| | | | 31973620 |

Originating Physician: Modifying Professional:

[Logo of the Institute
Institute Motto:
We seek light in the shadows;
Words in the silence]

Page 1 of 1



Phone:

# CLINICAL HISTORY OF EVALUATION OF VISUAL TRAINING

Opening Date:, 2014/11/08

| | | | |
|---|---|---|---|
| Name: | JOEL JAFET MONTANO CARRANZA | ID: | |
| DOB: | | Age: | 7 years old |
| Address: | | Neighborhood: | |
| Telephone: | | Responsible Company: | |
| Occupation: | | User Type: | |

Presenting Entity::
Code::
Department:
Town
Number of Requests:

## DIAGNOSES

| | |
|---|---|
| External Causes: | General Disease |
| Type of Diagnostic | Repeated and confirmed |
| Diagnosis: | H358 OTHER SPECIFIC RETINAL DISORDERS |
| Class: | Main |
| Diagnosis at Intake/Discharge | Intake |
| Observations: | Retinitis pigmentosa in both eyes; information taken from the history. |

## INFORMATION FROM ANNEX 3

| | |
|---|---|
| Priority of Attention: | Elective |
| Type of Service Requested | Elective Services |
| Location of Patient at time of Request: | Outpatient Referral |
| Test 1 | 9502003 LOW VISION THERAPY |
| Amouint | 6 |
| Clinical Justification: | To improve visual performance in both near and long distance vision by use of optical aids. |

| Signature of the Physician | Medical Registration | Seal of the Institute's Clinic | |
|---|---|---|---|
| [Signed] | | | |
| | Specialty | | [Initials of the |
| | LOW VISION THERAPY | Ophthalmologist | Ophthalmologist] |

Originating Physician:            Modifying Professional:

| Logo of the Institute | NOTIFICATION OF REQUEST FOR MEDICINE, PROCEDURES, AND SERVICES | | | | | |
|---|---|---|---|---|---|---|
| | NOT INCLUDED IN POS OR POS-S | | | | | |
| Non-POS Medicine | | Tier: Copay | | Type of Treatment | | Date Filed: 08/11/2014 |
| Service | XXX | Subsidized XX | Co-pay | Ambulatory | Hospital | Emergency |
| | Given and Family Names | Age | | Gender | | Type of ID |
| | | | | Female | Male | 1.111.669.541 |
| | JOEL JAFET MONTANO CARRANZA | 7 years old | | | XXX | |
| Diagnosis | Code CIE-10 | Treating Physician: MARINEY RODRIGUEZ Specialist YES X  NO __ | | | | High Cost Disease |
| Other Specific Retinal Synd. | h-358 | | | | | YES __ NO X |

HEALTH PROFESSIONAL TO PLEASE FILL THIS FORMAT COMPLETELY WITH YOUR PATIENT DATA

1. Descriptive analysis of clinical case and reason physician supports the use of medicine, and/or health procedures or services, or not

Patient presents other specified retinal disorders, Renitis Pigmentosa in both eyes.

### SERVICES AND/OR PROCEDURES OUTSIDE OF THE POS-S

| 2. Medical services requested | 3. Homologous medical service(s) and procedure(s) in the Manual of Activities |
|---|---|
| 6 SESSIONS LOW-VISION THERAPY | Not Applicable |
| | |
| | |
| | |

4. Have all possible diagnostics and/or therapies in the Manual of Activities Procedures and Interventions been used?   Yes/No

### MEDICINES OUTSIDE OF POS-S

5. Have all possible medicinal therapies form the Manual of Activities, procedures and interventions been used? Yes / No

6. Homologous medication POS (contained in the current Manual of Medications from SGSSS)   Dose/Day   Presentation   Quantity   Frequency/per month

A   Not Applicable

7. Clinical Response and para-clinical results obtained with POS medications: Not Applicable

8. Requested Non-POS medicines:
   Active Principle
   Frequency / Dosage
   Presentation
   Quantity
   Time / Month

9. Time of Anticipated Response and Desired Effect: N/A,   To improve visual performance in near & distant vision

10. Adverse Effects and Risks: _____ None, and Not Applicable _____

11. Is there Imminent Risk to the Life and Health of the Patient   YES XX   NO _____

Specialized Physician:
   Name and Medical Registration

   Seal of the Clinic
   Stamp of Mariney Rodriguez   Treating Physician Signature   [Signed]

31973620

[Logo of the Institute
Institute Motto:
We seek light in the shadows;
Words in the silence]

Page 1 of 3



Phone:

## CLINICAL HISTORY OF OPHTHALMOLOGY

Opening Date:, 2014/05/12

| | | | |
|---|---|---|---|
| Name: | | ID: | |
| DOB: | | Age: | 8 years old |
| Address: | | Neighborhood: | |
| Telephone: | | Responsible Company: | |
| Occupation: | OTHER | User Type: | SUBSIDIZED |

REASON FOR THE CONSULTATION: REFERRED BECAUSE OF LOW VISION
HAS ELECTRO-RETINOGRAM ON APRIL 30, 2014 ON BOTH EYES: **ABNORMAL**
AGF ON APRIL 30, 2014; BOTH EYES: PIGMENTARY DISORDER WITH ACCUMULATION OF PIGMENT WITH SPECKLING PATTERN OUTSIDE OF THE FOVEAL AREA.

BACKGROUND:
| | |
|---|---|
| Allergies | **Denies having any** |
| Trauma | **Denies having any** |
| Surgery | **Denies having any** |
| Pathology | **Denies having any** |
| Toxicity | **Denies having any** |
| Work Related | **Denies having any** |
| Other | **Denies having any** |

PHYSICAL VISUAL AREA AND PUPIL EXAMINATION
VISUAL ACUITY
| | |
|---|---|
| SC - Uncorrected Right Eye | 20/400 |
| SC - Uncorrected Left Eye | 20/150 |

PUPILS
| | |
|---|---|
| Right Eye Shape | Normal |
| Left Eye Shape | Normal |
| Right Eye Direct Reflex | Normal |
| Right Eye Consensual Reflex | Normal |
| Left Eye Consensual Reflex | Normal |
| Externa Ocular Movements | Normal |
| Right Eye Keratometry | 00.0000/00000 |
| Left Eye Keratometry | 00.000/0000 |
| Right Eye Schirmer Test | 00/00 |
| Left Eye Schirmer Test | 00/00 |
| Right Eye Rose Bengal test | – –   (Nasal - Corneal - Temporal) |
| Left Eye Rose Bengal Test | – –   (Nasal - Corneal - Temporal) |

GENERAL PHYSICAL OPHTHALMOLOGY EXAM
BIOMICROSCOPY    **Eyelids**    **Normal**
Right Eye:

[Logo of the Institute
Institute Motto:
We seek light in the shadows;
Words in the silence]

Page 2 of 3

Phone:

## CLINICAL HISTORY OF OPHTHALMOLOGY

Opening Date:, 2014/05/12

| | |
|---|---|
| Left Eye Eyelid | Normal |
| Right Eye Orbit | Normal |
| Left Eye Orbit | Normal |
| Right Eye Tear Apparatus | Normal |
| Left Eye Tear Apparatus | Normal |
| Right Eye Conjunctivitis | Normal |
| Left Eye Conjunctivitis | Normal |
| Right Eye Cornea | Normal |
| Left Eye Cornea | Normal |
| Right Eye Sclerosis | Normal |
| Left Eye Sclerosis | Normal |
| Right Eye Anterior Chamber | Normal |
| Left Eye Anterior Chamber | Normal |
| Right Eye Iris | Normal |
| Left Eye Iris | Normal |
| Right Eye Crystalline | Normal |
| Left Eye Crystalline | Normal |
| Observations | **BOTH EYES NORMAL** |
| | DIGITAL *TIO* - **BOTH EYES NORMAL** |
| **GONIOSCOPY** | |
| Right Eye Gonioscopy | Normal |
| Left Eye Gonioscopy | Normal |
| **OPHTHALMOSCOPY** | |
| Right Eye Vitrous Chamber | Normal |
| Left Eye Vitrous Chamber | Normal |
| Right Eye Optic Disc | Normal |
| Left Eye Optic Discv | Normal |
| Right Eye Macula | Normal |
| Left Eye Macula | Normal |
| Right Eye Vessels | Normal |
| Left Eye Vessels | Normal |
| Right Eye Retina | Normal |
| Left Eye Retina | Normal |
| Observations | BOTH EYES: CLEAR VITREOUS, PARTIAL DETACHMENT OF THE POSTERIOR VITREOUS, ATROPHIC AND PIGMENTARY DISORDERS HIF HYPERPIGMENTED WITH A SPECKLED PATTERN AND PIGMENT ACCUMULATION, ATTACHED RETINA |
| **DIAGNOSES** | |
| External Cause | **General Disease** |
| Type of Diagnostic | **Newly Confirmed** |
| Diagnosis | **H355 HEREDITARY RETINAL DYSTROPHY** |

[Logo of the Institute
Institute Motto:
We seek light in the shadows;
Words in the silence]

Page 3 of 3



Phone:

## CLINICAL HISTORY OF OPHTHALMOLOGY

Opening Date:, 2014/05/12

| | |
|---|---|
| Class | Main |
| Diagnostic upon Intake/Discharge | Intake |
| Diagnosis Related 1 | H542 SUBNORMAL VISION IN BOTH EYES |
| Conduct | DIAGNOSIS: HEREDITARY DISTROPHY OF RETINITIS PIGMENTOSA TYPE - BOTH EYES |
| | ACTION: Appointment made for low vision optometry |
| | Appointment with Dr. Vergara for a 2nd opinion |
| | It is explained to his parents that there is no available treatment at the present time. |
| Referred | No |
| RISKS | |
| Does the Patient Present Risks | No |
| INFORMATION FROM ANNEX 3 | |
| Attention Priority | Elective |
| Type of Service Requested | Elective Services |
| Location of the Patient at the Moment of the Request | External Consult |
| Test 1 | 950200 EVALUATION OF LOW VISION, SEPTO-OPTIC DYSPLASIA |
| Quantity | 1 |
| Test 2 | 890302 CONTROL CONSULTATION OR FOLLOW-UP FOR SPECIALIZED MEDICINE |
| Quantity | 1 |
| Clinical Justification | APPOINTMENT MADE FOR LOW VISION OPTOMETRY |
| | APPOINTMENT MADE WITH DR. VERGARA FOR A 2ND OPINION |

| Signature of the Physician | Medical Registration | Seal of the Institute's Clinic |
|---|---|---|
| [Signed] | | |
| | Specialty | |
| Citizen ID: 31170270 | LOW VISION THERAPY | Ophthalmologist |



Originating Physician:     Modifying Professional:

REPUBLIC OF COLOMBIA [Civil Registry Stamp]
[Shield of Arms of the Republic of Colombia]
ELECTORAL ORGANIZATION
NATIONAL REGISTRY OF MARITAL STATUS
NATIONAL DIRECTORATE OF CIVIL REGISTRY

[BAR CODE ON MARGIN: 38210989]

NATIONAL BIRTH REGISTRY — Serial # 38210989

| Registry Office Data - Office Class | | | | | | | |
|---|---|---|---|---|---|---|---|
| Registry ☐ | Notary ☒ | Number ☐☐ | CoRegiment ☐ | Police Inspection ☐ | Code | D T K | |

Country - Department - Town - Police Inspection Point

**REGISTRY OF TUIMACO    H. SAN ANDRES TUMACO COLOMBIA NARINO TUMACO**

### Data on the Person Registered

| Father's Last Name | Mother's Last Name |
|---|---|
| **MONTANO** | **CARRANZA** |

Given Names

| Date of Birth | | | | | | | | | | | Gender (Spelled out) | Blood Type | RH Factor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2 | 0 | 0 | 5 | Month | N | O | V | Day | 1 0 | **FEMALE** | **O** | + |

| Type of ID or Witness Statement | Number of Certification of Live Birth |
|---|---|
| **MEDICAL CERTIFICATION OF LIVE BIRTH** | **A 7310918** |

### Information on the Mother

Complete Family and Given Names

**CARRANZA BARON YESENIA TERCERA**

| | NATIONALITY |
|---|---|
| | **COLOMBIAN** |

### Information on the Father

Complete Family and Given Names

| | NATIONALITY |
|---|---|
| | **COLOMBIAN** |

### Information on the Statement Giver

Complete Family and Given Names

| | SIGNATURE |
|---|---|
| | **[Signed JIMMY MONTANO]** |

| DATE OF REGISTRATION | | | | | | | | | | | NAME AND SIGNATURE OF AUTHORIZING CLERK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2 | 0 | 0 | 6 | Month | J | A | N | Day | 2 6 | [Signed] **CLAUDIO JAVIER TORRES UNIGARRO** |
| | | | | | | | | | | | Names and Signature |

| Paternal Recognition | Name and Signature of the Clerk before whom recognition is made |
|---|---|
| | **[Signed]** |
| Signature | Name and Signature |

REPUBLIC OF COLOMBIA
[Shield of Arms of the Republic of Colombia]
ELECTORAL ORGANIZATION
NATIONAL REGISTRY OF MARITAL STATUS
NATIONAL DIRECTORATE OF CIVIL REGISTRY

[NOTARY STAMP] [Civil Registry Stamp] [BAR CODE ON MARGIN: 38210989]

NATIONAL BIRTH REGISTRY — Serial # 40541659

| Registry Office Data - Office Class | | | | | | | |
|---|---|---|---|---|---|---|---|
| Registry ☒ | Notary ☐ | Number ☐☐ | CoRegiment ☐ | Police Inspection ☐ | Code | D T | K |

Country - Department - Town - Police Inspection Point

**NOTERY OFFICE 20  CALI  COLOMBIA  VALLE  CALI**

### Data on the Person Registered

| Father's Last Name | Mother's Last Name |
|---|---|
| **MONTANO** | **CARRANZA** |

Given Names

| Date of Birth | | | | | | | | | | Gender (Spelled out) | Blood Type | RH Factor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2 | 0 | 0 | 6 | Month | N O V | Day | 2 | 9 | MALE | O | + |

| Type of ID or Witness Statement | Number of Certification of Live Birth |
|---|---|
| **MEDICAL CERTIFICATION OF LIVE BIRTH** | A  7310918 |

### Information on the Mother

Complete Family and Given Names

**CARRANZA BARON YESENIA TERCERA**

| | NATIONALITY |
|---|---|
| | **COLOMBIAN** |

### Information on the Father

Complete Family and Given Names

| | NATIONALITY |
|---|---|
| | **COLOMBIAN** |

### Information on the Statement Giver

Complete Family and Given Names

| | SIGNATURE |
|---|---|
| | [Signed JIMMI MONTANO] |

| DATE OF REGISTRATION | | | | | | | | | | NAME AND SIGNATURE OF AUTHORIZING CLERK |
|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2 | 0 | 0 | 6 | Month | D E C | Day | 2 | 7 | [Signed] BEATRIZ PADILLA MESA |
| | | | | | | | | | | Names and Signature |

| Paternal Recognition | Name and Signature of the Clerk before whom recognition is made |
|---|---|
| [Thumbprint] | [Signed] BEATRIZ PADILLA MESA |
| Signature | Name and Signature |